# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. **07-cv-01351-JLK**

**UNITED STATES OF AMERICA,**

      Petitioner,

  v.

**GABRIEL P. WILSON,**

      Respondent.

## ORDER

It is hereby ORDERED that because Respondent has substantially complied with the Internal Revenue Service Summons in this matter, Petitioner's Unopposed Motion to Vacate Hearing and Discharge Order to Show Cause(doc. #4), filed July 31, 2007 is **GRANTED**. The hearing scheduled for August 6, 2007, at 11:00 a.m. is **VACATED**, and the Court's Order to Show Cause is **DISCHARGED**. Petitioner may request that this hearing be rescheduled for good cause.

    Dated: August 1, 2007

                                                BY THE COURT:

                                                *S/John L. Kane*
                                                JOHN L. KANE, SENIOR JUDGE
                                                UNITED STATES DISTRICT COURT